UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GUTIERREZ,<br><br>           Petitioner,<br><br>     v.<br><br>THE PEOPLE,<br><br>           Respondent. | Case No.: 1:12-cv-01487-JLT<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE<br><br>ORDER DIRECTING THAT OBJECTIONS BE FILED WITHIN TWENTY DAYS<br><br>ORDER DIRECTING CLERK OF THE COURT TO ASSIGN DISTRICT JUDGE TO CASE |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The instant petition was filed on August 8, 2012, challenging a 1998 Kern County Superior Court conviction for assault with a deadly weapon that resulted in a determinate sentence of seven years.  (Doc. 1, p. 2).

In the course of screening this case, the Court has become aware of a virtually identical petition filed by Petitioner in case no. 1:12-cv-01289-AWI-GSA, filed the same date as the instant petition.  The two petitions are identical with two exceptions: (1) the instant petition contains a request for damages in the amount of two billion dollars; and (2) an "explanatory" note on page nine about why the 1998 strike conviction was improper.  Petitioner also indicates in the instant petition that it is intended to be the original and that two other copies were submitted to the Court as copies.

**DISCUSSION**

Although it appears that Petitioner may have intended only to submit one petition for filing, i.e., the instant petition, the Clerk of the Court filed both the instant petition and at least one other copy, giving them different case numbers and assigning them to different Magistrate Judges.  In case no. 1:12-cv-01289-AWI-GSA, the Court, on September 25, 2012, dismissed the petition on the grounds that it fails to state a claim for habeas relief, it contains unexhausted claims, and fails to name a proper respondent.  (Doc. 14, case no. 1:12-cv-01289-AWI-GSA).  However, the Court in that case gave Petitioner an opportunity to file a first amended petition that corrects the deficiencies the Court identified in its order dismissing the original petition.   The amended petition is presently due on or before October 29, 2012.

Because the instant petition is, with the exceptions noted above, verbatim identical to the petition in case no. 1:12-cv-01289-AWI-GSA, the Court will recommend that this petition be dismissed as duplicative and that Petitioner proceed with any claims he wishes to pursue in a first amended petition in the other case.  If Petitioner wishes to pursue money damages or wishes to further elaborate on his contention that his 1998 strike was unlawful, he will have to raise these issues before the Court in that action.

**ORDER**

The Clerk of the Court is DIRECTED to assign a United States District Judge to this case.

**RECOMMENDATIONS**

Accordingly, the Court HEREBY RECOMMENDS that the instant petition be dismissed as duplicative of case no. 1:12-cv-01289-AWI-GSA.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within twenty (20) days after being served with a copy of this Findings and Recommendation, any party may file written objections with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the Objections shall be served and filed within ten (10) court days (plus three days if served by mail) after

service of the Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the Order of the District Court.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 28, 2012**                          /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE